07 CV 4024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RELIANCE COMMODITIES, LLC,

            Plaintiff,

- against -

CEMENTAI GROUP INTERNATIONAL LIMITED,

           Defendant.
------------------------------------------------------------X

07 CV           MAY 23 2007

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

           NONE.

Dated: May 23, 2007
       New York, NY

                            The Plaintiff,
                            RELIANCE COMMODITIES, LLC

By: _____
     Patrick F. Lennon (PL 2162)
     Nancy R. Peterson (NP 2871)
     LENNON, MURPHY & LENNON, LLC
     The Gray Bar Building
     420 Lexington Ave., Suite 300
     New York, NY 10170
     (212) 490-6050
     facsimile (212) 490-6070
     nrp@lenmur.com
     pfl@lenmur.com