UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                           :

**RELIANCE COMMODITIES, LLC,**

                                           :    **SUSPENSE ORDER**

                **Plaintiff,**

                                           :    07 Civ. 4024 (SAS)

        -against-

                                           :

**CEMENTAI GROUP INT'L LTD.,**

                                           :

                **Defendant.**
------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/15/07

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        Plaintiff has commenced arbitration proceedings to resolve its claims against the defendant. The above-captioned case shall therefore be stayed pending the conclusion of those proceedings. Accordingly, it is hereby ORDERED that the Clerk of the Court place this case on the suspense docket. Plaintiff's counsel is directed to notify Chambers once an arbitration award is issued so that the case can be transferred to the Court's active docket.

                                                              SO ORDERED:

                                                              [signature]

                                                              Shira A. Scheindlin
                                                               U.S.D.J.

Dated:   New York, New York
             October 15, 2007

## - Appearances -

**For Plaintiff:**

Nancy R. Peterson, Esq.
Lennon, Murphy & Lennon, LLC
420 Lexington Avenue, Suite 300
New York, New York 10170
(212) 490-6050